# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER
RICARDO SOLANO JR.

HARVEY WEISSBARD
NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
LISA S. GETSON
JOHN N. ORSINI
JEFFREY R. WANG
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
KEVIN L. OBERDORFER
ELLEN LONDON
JOHN C. LIN
ANDREW S. PAK
PHILIP A. WELLNER
BETTY W. GEE
AMY K. PENN
ANDREW LEVINE
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
BENJAMIN S. HOLZER

WRITER'S DIRECT DIAL
(212) 833-1101

WRITER'S DIRECT FAX
(212) 373-7901

E-MAIL
BKAPLAN@FKLAW.COM

June 3, 2010

BY ECF AND FEDEX

Hon. Sandra J. Feuerstein
United States District Judge

Hon. Leonard D. Wexler
United States District Judge

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York, 11722-9014

Re: *Quality King Distributors, Inc. v. Wyeth*, 09-CV-2288 (SJF) (AKT) and *Wyeth LLC v. QK Healthcare, Inc. and Quality King Distributors, Inc.*, 10-CV-2354 (LDW) (AKT)

Dear Judge Feuerstein and Judge Wexler:

We represent Wyeth LLC, formerly Wyeth ("Wyeth") in the above-referenced related actions (the "Actions"). We write on behalf of Wyeth LLC and counsel to Quality King Distributors, Inc. and QK Healthcare, Inc. to inform the Court that a global settlement has been reached in the Actions and, subject to documentation, we expect to file voluntary dismissals of each, with prejudice, in the coming days.

Respectfully,

*/s/ Bruce S. Kaplan*

Bruce S. Kaplan

890651.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Honorable Sandra J. Feuerstein      - 2 -      June 3, 2010

cc:    Hon. A. Kathleen Tomlinson
       Anthony J. Viola, Esq. (by email)

890651.1